UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELI MELLOR, | Case No. 2:13cv-01502-JCM-VCF |
| Plaintiff, | ORDER |
| v. | |
| WEST TROP STORAGE, LLC, | |
| Defendant. | |

Presently before the court is the matter of *Mellor v. West Trop Storage, LLC*, case number 2:13-cv-01502-JCM-VCF.

On March 9, 2015, the court denied *pro se* plaintiff Eli Mellor's motion to amend complaint. (ECF No. 56). On December 23, 2016, the Ninth Circuit reversed and remanded the action "because it is not clear that amendment would be futile." (ECF No. 73 at 2).

Plaintiff has not filed any documents with this court since the order on mandate. On August 1, 2017, the court ordered a time schedule, giving plaintiff 28 days to file a renewed motion to amend the complaint. (ECF No. 80). Plaintiff has not filed a renewed motion to amend the complaint.

On October 2, 2017, the court issued an order to show cause as to why the case should not be dismissed for failure to prosecute. (ECF No. 81). The court gave plaintiff ten days to file a response. Plaintiff has not filed a response.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's complaint (ECF No. 1), be, and the same hereby is, DISMISSED.

The clerk shall enter judgment accordingly and close the case.

DATED THIS 16th day of October, 2017.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE